# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**WALLACE T. ROBINSON, SR.**  **PLAINTIFF**
**ADC #169328**

v.  **CASE NO. 4:20-CV-00392 BSM**

**SHIRLEY LUBIN WILSON, et al.**  **DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge Joe J. Volpe's partial recommended disposition [Doc. No. 7] is adopted. The official capacity claims against defendants Wilson and Merrill are dismissed without prejudice. The claims against defendant Wellpath are dismissed without prejudice, and Wellpath is dismissed. It is certified that an *in forma pauperis* appeal from this order would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 18th day of May, 2020.

_____
UNITED STATES DISTRICT JUDGE