**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**WALLACE T. ROBINSON, SR.**                                                                                    **PLAINTIFF**
**ADC #169328**

**v.**                                        **CASE NO. 4:20-CV-00392 BSM**

**SHIRLEY LUBIN WILSON and
TREELECIA MERRILL**                                                                                                **DEFENDANTS**

**ORDER**

After careful review of the record, United States Magistrate Judge Joe J. Volpe's recommended disposition [Doc. Nos. 23] is adopted. The motion for summary judgment [Doc. No. 15] is granted. Defendants Wilson and Merrill are dismissed without prejudice, and this case is dismissed. An *in forma pauperis* appeal would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 6th day of August, 2020.

_____
UNITED STATES DISTRICT JUDGE