IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**WALLACE T. ROBINSON, SR.**  **PLAINTIFF**
**ADC #169328**

v.     CASE NO. 4:20-CV-00392 BSM

**SHIRLEY LUBIN WILSON and**
**TREELECIA MERRILL**     **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 6th day of August, 2020.

_____
UNITED STATES DISTRICT JUDGE